| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS | |
|---|---|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:13-cv-01528 |
|---|---|---|---|
| Abraham Knoll, individually and on behalf of all others similarly situated | | | |
| *versus* | | | |
| Robert G. Phillips, et al | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | David J. Teklits<br>Morris, Nichols, Arsht & Tunnel, LLP<br>1201 North Market Street, 16th Flr<br>Wilmington, DE 19801<br>Telephone: 302-658-9200<br>DE State Bar No.: 3221 |
|---|---|
| Seeks to appear for this party: | Alvin Bledsoe; Philip D. Gettig; J. Hardy Somerhalder, II |
| Dated: 7/1/13 | Signed: [signature] |

| The state bar reports that the applicant's status is: | Active |
|---|---|
| Dated: 7/3/13 | Clerk's signature: B. Th[...] |

| Order |
|---|
| Dated: 7/3/13 |

This lawyer is admitted *pro hac vice*.

[signature]

United States District Judge