- 1 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABRAHAM KNOLL, individually and on behalf of all others similarly situated, | § § § | Civil Action No. 4:13-cv-01528 (VDG) |
| Plaintiff, | § § | |
| v. | § § | |
| ROBERT G. PHILLIPS, et al., | § § § | |
| Defendants. | § § § § | |
| | § | |
| GREG PODELL, individually and on behalf of all others similarly situated, | § § § | Civil Action No. 4:13-cv-01599 (SL) |
| Plaintiff, | § § § | |
| v. | § § | |
| CRESTWOOD MIDSTREAM PARTNERS, LP, et al., | § § § § | |
| Defendants. | § § § § | |

[Caption continued on following page.]

- 1 -

- 2 -

| | |
|---|---|
| JOHNNY COOPER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CRESTWOOD MIDSTREAM PARTNERS, LP, et al.,<br><br>Defendants. | § § § § § § § § § § § § § § Civil Action No. 4:13-cv-01660 (NFA) |
| STEVEN ELLIOT LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. PHILLIPS, et al.,<br><br>Defendants. | § § § § § § § § § § § § § § Civil Action No. 4:13-cv-01763 (SL) |

### DECLARATION OF ANDREW M. EDISON IN SUPPORT OF PLAINTIFFS' *UNOPPOSED* MOTION TO CONSOLIDATE

I, ANDREW M. EDISON, declare as follows:

1. I am a member of the law firm of Edison, McDowell & Hetherington LLP, one of the counsel of record for plaintiff Steven Elliot LLC. I am duly admitted to practice in the State of Texas and before this Court.

2. I make this declaration in support of Plaintiffs' Unopposed Motion to Consolidate (the "Motion"). If called upon, I could and would competently testify to the matters stated herein.

3. Prior to filing this Motion, I conferred with counsel for defendants. Counsel for defendants indicated that they did not oppose the relief sought in the Motion.

- 2 -

4.  Attached are true and correct copies of the following exhibits:

Exhibit A:  *Knoll v. Phillips*, No. 4:13-cv-1528, Class Action Complaint (S.D. Tex. May 23, 2013);

Exhibit B:  *Podell v. Crestwood Midstream Partners, LP*, No. 4:13-cv-1599, Class Action Complaint (S.D. Tex. May 30, 2013);

Exhibit C:  *Cooper v. Crestwood Midstream Partners, LP*, No. 4:13-cv-1660, Class Action Complaint for Breach of Fiduciary Duty (S.D. Tex. June 5, 2013);

Exhibit D:  *Steven Elliot LLC v. Phillips*, No. 13-cv-1763, Complaint for Breach of Fiduciary Duties and Violations of Federal Securities Laws (S.D. Tex. June 17, 2013); and

Exhibit E:  *Knoll v. Phillips*, No. 4:13-cv-1528, Amended Class Action Complaint for Breach of Fiduciary Duty and Violations of Federal Securities Laws (S.D. Tex. July 1, 2013).

I declare under the laws of the United States of America that the foregoing is true and correct.  Executed this 22nd day of July, 2013, at Houston, Texas.


/s/ Andrew M. Edison
ANDREW M. EDISON

EMH/313015