UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ABRAHAM KNOLL, individually and on behalf of all others similarly situated, | § | Civil Action No. 4:13-cv-01528 (VDG) |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| ROBERT G. PHILLIPS, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| _____ | § | |
| | § | |
| GREG PODELL, individually and on behalf of all others similarly situated, | § | Civil Action No. 4:13-cv-01599 (SL) |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CRESTWOOD MIDSTREAM PARTNERS, LP, et al., | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

[Caption continued on following page.]

EMH/313014

| | | |
|---|---|---|
| JOHNNY COOPER, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CRESTWOOD MIDSTREAM PARTNERS, LP, et al.,<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 4:13-cv-01660 (NFA) |
| STEVEN ELLIOT LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT G. PHILLIPS, et al.,<br><br>Defendants. | § § § § § § § § § § § | Civil Action No. 4:13-cv-01763 (SL) |

### ORDER GRANTING PLAINTIFFS' *UNOPPOSED* MOTION TO CONSOLIDATE

Having considered Plaintiffs' **Unopposed** Motion to Consolidate (the "Motion"), all papers filed in support and in opposition to, and good cause appearing therefore, the Court HEREBY ORDERS:

1.      Plaintiffs' Motion is GRANTED;

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the following actions are hereby related and consolidated for all purposes, including pre-trial proceedings and trial: *Knoll v. Phillips, et al.*, No. 4:13-cv-01528; *Podell v. Crestwood Midstream Partners, LP, et al.*, No. 4:13-cv-01599; *Cooper v. Crestwood Midstream Partners, LP, et al.*, No. 4:13-cv-01660; and *Steven Elliot LLC v. Phillips, et al.*, No. 4:13-cv-01763.

- 2 -

EMH/313014

3.      Every pleading filed in these consolidated actions, or in any separate action included

herein, shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE CRESTWOOD MIDSTREAM | ) | Lead Case No. 4:13-cv-01528 (VDG) |
| PARTNERS UNITHOLDER LITIGATION | ) | |
| | ) | MASTER FILE |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| ALL ACTIONS. | ) | |
| | ) | |
| | ) | |

4.      When a class action that relates to the same or similar subject matter, arises out of the

same or similar transactions or events, and/or raises the same or similar claims as the Consolidated

Action or any of the actions subsumed therein is subsequently filed in, removed to, or transferred to

this Court by any plaintiff, the Clerk of Court shall:

(a)     file a copy of this Order in the separate file for such Related Action;

(b)     mail a copy of this Order to the attorneys for the plaintiff(s) and any new

defendant(s) in such Related Action; and

(c)     make appropriate entry in the Master Docket.

5.      This Order shall apply to the Consolidated Action and to each and every related

action that is subsequently filed in, removed to, or transferred to this Court. Each such related action

shall be consolidated with the Consolidated Action, and this Order shall apply thereto, unless a party

with good cause objects to consolidation as provided herein, or any provision of this Order, within

ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by

filing an application for relief, and this Court deems it appropriate to grant such application for good

cause shown.

- 3 -

6.      All papers filed by the parties and all Orders of this Court shall be entered into the docket of the Lead Case, No. 4:13-cv-01528 (VDG) ("Master Docket").  A copy of this Order shall be placed in all dockets in the Related Actions.  The Clerk of the Court is directed to close each of those dockets, other than the Master Docket.

*       *       *

**O R D E R**

IT IS SO ORDERED.

DATED: _____       _____
                                  THE HONORABLE VANESSA D.  GILMORE
                                  UNITED STATES DISTRICT JUDGE

- 4 -

EMH/313014