CERTIFICATION OF PLAINTIFF
PURSUANT TO FEDERAL SECURITIES LAWS

GARY PODELL, ("Plaintiff"), hereby certifies as follows:

1. I have reviewed the complaint filed on my behalf and on behalf of all others similarly situated and authorized its filing.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. To the best of my current knowledge, I purchased the following shares of Crestwood Midstream Partners, LP during the class period referenced in the complaint:

| Date | Purchased or Sold | No. of Shares | Price per Share |
|---|---|---|---|
| 1/10/12 | Purchased | 500 | $30.73 |
| 2/14/12 | Purchased | 500 | $28.192 |
| 3/19/13 | Purchased | 500 | $23.90 |

5. I have not served as a class representative in a federal securities case in the last three years.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

7. The matters stated in this certification are true to the best of my current knowledge, information and belief.

8. I hereby certify, under penalty of perjury, that the foregoing is true and correct.

DATED: July 17, 2013

_____
GARY PODELL